## SMITH *v.* DIRECTOR.

(165 Pac. 1171.)

**Appeal and Error—Service of Notice of Appeal—Jurisdiction.**

1.   Presence in the transcript of proof of service of notice of appeal is jurisdictional.

From Multnomah: GEORGE N. DAVIS, Judge.

On motion to dismiss appeal. Motion sustained and appeal dismissed.  Appeal dismissed.

*Mr. Morris A. Goldstein,* for the motion.

*Mr. S. J. Silverman, contra.*

In Banc.   MR. JUSTICE BENSON delivered the opinion of the court.

1. The transcript discloses that the notice of appeal was filed February 14, 1917, but does not contain any proof of service thereof.   Appellant has filed his affidavit to the effect that he did serve the notice of appeal and file proof thereof, but that such proof was lost or mislaid in the clerk's office.   Since the pres ence of such proof in the transcript is jurisdictional (*Wolf* v. *Smith,* 6 Or. 73), the motion must be allowed and the appeal is dismissed.        APPEAL DISMISSED.